Exhibit B



# Service of Process Transmittal
05/11/2015
CT Log Number 527100838

**TO:** Stephen D. Brown, Director of Professional Liability Claim
Corizon Health, Inc.
103 Powell Court
Brentwood, TN 37027

**RE:** Process Served in New Mexico

**FOR:** Corizon Health, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Clifford Acuna, Pltf. vs. Corizon Health, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Return, Complaint |
| **COURT/AGENCY:** | First Judicial District Court, Santa Fe County, NM<br>Case # D101CV201500002 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - On or about 12/29/11 - Southern New Mexico Correctional Facility |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Santa Fe, NM |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/11/2015 at 14:15 |
| **JURISDICTION SERVED :** | New Mexico |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of service |
| **ATTORNEY(S) / SENDER(S):** | John P Faure<br>1421 Luisa<br>Suite L<br>Santa Fe, NM 87505<br>505-988-9566 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/12/2015, Expected Purge Date: 05/17/2015<br>Image SOP<br>Email Notification, Britt Herron Britt.Herron@corizonhealth.com<br>Email Notification, Tom Smith Thomas.Smith@corizonhealth.com<br>Email Notification, Stephen D. Brown steve.brown@corizonhealth.com<br>Email Notification, Timothy Nelms timothy.nelms@corizonhealth.com<br>Email Notification, Kathleen Franks Kathy_Franks@ajg.com<br>Email Notification, Heather Brouwers heather.brouwers@corizonhealth.com<br>Email Notification, Rebecca Merritt Rebecca.Merritt@corizonhealth.com<br>Email Notification, Gary Leonard gary_leonard@westernlitigation.com<br>Email Notification, Amy Evans amy_evans@westernlitigation.com<br>Email Notification, Ginny Vito ginny_vito@westernlitigation.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 123 East Marcy Street<br>Santa Fe, NM 87501 |
| **TELEPHONE:** | 360-357-6794 |

Page 1 of 1 / NW

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**4-206. Summons.**

[For use with District Court Civil Rule 1-004 NMRA]

| SUMMONS ||
|---|---|
| District Court: FIRST JUDICIAL<br>Santa Fe County, New Mexico<br>Court Address:<br>Post Office Box 2268 / 100 S. Catron<br>Santa Fe, New Mexico   87504 / 87501<br>Court Telephone No.: 505-455-8250 | Case Number:   D-101-CV-2015-00002<br><br>Assigned Judge:David K.Thomson |
| Plaintiff(s): Clifford Acuna<br>v.<br>Defendant(s): Corizon Health Inc. | Defendant<br>Name: Corizon Health Inc.<br>c/o CT Corporation<br>123 E. Marcy<br>Santa Fe, New Mexico 87501 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that
1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.
Dated at Santa Fe, New Mexico, this 30th day of April, 2015.



STEPHEN T. PACHECO
CLERK OF THE DISTRICT COURT

BY: _____
Court Clerk

s/John P Faure
_____
Signature of Attorney for Plaintiff
Name: John P Faure
Address:1421 Luisa, Suite L, Santa Fe, NM 87505
Telephone No.:505.988.9566
Fax No.:505.983.1543
Email Address:johnfaure77@gmail.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO )
                            )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the \_\_\_\_\_ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).


[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____.

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

## USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]